FREEMAN v. PEACOCK. †

(Court of Civil Appeals of Texas. Austin. May 8, 1912. Rehearing Denied June 26, 1912.)

RAILROADS (§ 465*)—FIRES—DESTRUCTION OF BUILDING—CONTRIBUTORY NEGLIGENCE.

Where a fire set out by a railroad burned the buildings of N. which adjoined the railroad right of way, and such fire was communicated from those buildings to the building of plaintiff, which was also consumed, the contributory negligence of N., if any, would constitute no bar to a recovery by plaintiff for the damage sustained by him on account of the railroad company's negligence.

[Ed. Note.—For other cases, see Railroads, Cent. Dig. §§ 1690–1693; Dec. Dig. § 465.*]

Appeal from District Court, Falls County; Richard I. Munroe, Judge.

Action by Frank Peacock against T. J. Freeman, receiver of the International & Great Northern Railroad Company. Judgment for plaintiff, and defendant appeals. Affirmed.

Wilson & Dabney, of Houston, and Baker & Baker, of Waco, for appellant. E. W. Bounds, of Marlin, for appellee.

JENKINS, J. This is a companion case to Freeman v. Nathan, 149 S. W. 248, this day decided by this court. The fire that destroyed appellee's building was communicated from the buildings of Nathan. The cases were consolidated and tried together in the district court. For the reasons stated in the Nathan Case, as well as for the further reason that the contributory negligence of Nathan, if any had been shown, would not bar a recovery by Peacock for injury suffered by him on account of the negligence of appellant, the judgment of the trial court herein is affirmed.

Affirmed.